

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

May 5, 2022

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

James B. Pierce
101 Harrison Avenue
Gardiner, ME 04345

**Certified Article Number**
9414 7266 9904 2184 8395 94
**SENDER'S RECORD**

James B. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

**Certified Article Number**
9414 7266 9904 2184 8395 87
**SENDER'S RECORD**

Rita L. Pierce
101 Harrison Avenue
Gardiner, ME 04345

**Certified Article Number**
9414 7266 9904 2184 8395 70
**SENDER'S RECORD**

Rita L. Pierce
11 Birmingham Road, Apt 3H
Randolph, ME 04346

**Certified Article Number**
9414 7266 9904 2184 8395 63
**SENDER'S RECORD**

Rita L. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

**Certified Article Number**
9414 7266 9904 2184 8395 56
**SENDER'S RECORD**

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:     101 Harrison Avenue, Gardiner, ME 04345
     Loan Number:
     Payment Due Date:     April 1, 2019

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC d/b/a Mr. Cooper, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

**EXHIBIT**
**H**

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems Inc. as nominee for H&R Block Mortgage Corporation its successors and assigns (if MERs) dated April 28, 2005 and recorded in the Kennebec County Registry of Deeds in Book 8409, Page 0303. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Amount of Past Due Payments | $15,923.14 |
| Escrow (Taxes & Insurance) | $10,213.31 |
| **TOTAL TO CURE DEFAULT:** | $26,136.45 |

A portion of the amount due is reasonable interest in the amount of $14,483.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $26,136.45 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Nationstar Mortgage LLC d/b/a Mr. Cooper, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at 888-480-2432 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage servicer, which is Nationstar Mortgage LLC d/b/a Mr. Cooper or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC d/b/a Mr. Cooper
Loan Resolution Department
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Nationstar Mortgage LLC d/b/a Mr. Cooper
Federal National Mortgage Association
Federal National Mortgage Association
by its attorney

Reneau J. Longoria, Esq.

MNK

cc:  Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56038

This listing is current as of **01/23/2022**.

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** info@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Rental Housing Workshops
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** mesha.quinn@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** info@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339

**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

DOONAN, GRAVES & LONG
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

James B. Pierce
101 Harrison Avenue
Gardiner, ME 04345



CERTIFIED MAIL

9414 7266 9904 2184 8395 94

FIRST-CLASS



US POSTAGE~~PITNEY BOWES

ZIP 01915
02 7H
0001330074

$ 007.53⁰
MAY 06 2022

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

James B. Pierce
101 Harrison Avenue
Gardiner, ME 04345

FIRST-CLASS



US POSTAGE~~PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.73⁰
MAY 06 2022

**DOONAN, GRAVES & LONGO**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

CERTIFIED MAIL

9434 7266 9904 2184 8395 87

FIRST-CLASS



US POSTAGE ▼ PITNEY BOWES

ZIP 01915
02 7H
000133207-4
$ 007.53°
MAY 06 2022

James B. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

---

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

FIRST-CLASS



US POSTAGE ▼ PITNEY BOWES

ZIP 01915
02 7H
000133074
$ 000.73°
MAY 06 2022

James B. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

**DG &L** ATTORNEYS AT LAW

**DOONAN, GRAVES & LONG**

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Rita L. Pierce
101 Harrison Avenue
Gardiner, ME 04345



CERTIFIED MAIL

9414 7266 9904 2184 6395 70

FIRST-CLASS



US POSTAGE — PITNEY BOWES

ZIP 01915
02 7H
0001336074
$ 007.53⁰
MAY 06 2022

---

**DG &L** ATTORNEYS AT LAW

**DOONAN, GRAVES & LONGORIA, LLC**

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Rita L. Pierce
101 Harrison Avenue
Gardiner, ME 04345

FIRST-CLASS



US POSTAGE — PITNEY BOWES

ZIP 01915
02 7H
0001338074
$ 000.73⁰
MAY 06 2022

DOONAN, GRAVES & LON
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Rita L. Pierce
11 Birmingham Road, Apt 3H
Randolph, ME 04346

9414 7266 9904 2164 8395 63



CERTIFIED MAIL

FIRST-CLASS



US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001336074
$ 007.53°
MAY 06 2022

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Rita L. Pierce
11 Birmingham Road, Apt 3H
Randolph, ME 04346

FIRST-CLASS



US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001336074
$ 000.73°
MAY 06 2022





DOONAN, GRAVES & LONGO
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Rita L. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068



CERTIFIED MAIL

9414 7266 9904 2184 8395 56



US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001335074

$ 007.53
MAY 06 2022

---



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Rita L. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.73
MAY 06 2022

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: James B. Pierce
101 Harrison Avenue
Gardiner, ME 04345

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Rita L. Pierce
101 Harrison Avenue
Gardiner, ME 04345

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: James B. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Rita L. Pierce
11 Birmingham Road, Apt 3H
Randolph, ME 04346

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Rita L. Pierce
534 College Drive, Apt. 224
Middleburg, FL 32068

PS Form **3817**, April 2007  PSN 7530-02-000-9065











**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, May 6, 2022 9:41 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LC d/b/a Mr. Cooper Loan Resolution Department
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

-----
Consumer Information
-----

Consumer First name:James
Consumer Middle Initial/Middle Name: B
Consumer Last name:Pierce
Consumer Suffix:
Property Address line 1:101 Harrison Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Gardiner
Property Address State:
Property Address zip code:04345
Property Address County:Kennebec

-----
Notification Details
-----

Date notice was mailed:5/6/2022
Amount needed to cure the default:26,136.45 Consumer Address line 1:101 Harrison Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Gardiner
Consumer Address State:ME
Consumer Address zip code:04345
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

## Haley Carter

**From:**       Nobody <nobody@informe.org>
**Sent:**       Friday, May 6, 2022 9:43 AM
**To:**          Haley Carter
**Subject:**    Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loan Resolution Department
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

-----
Consumer Information
-----

Consumer First name:James
Consumer Middle Initial/Middle Name: B
Consumer Last name:Pierce
Consumer Suffix:
Property Address line 1:101 Harrison Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Gardiner
Property Address State:
Property Address zip code:04345
Property Address County:Kennebec

-----
Notification Details
-----

Date notice was mailed:5/6/2022
Amount needed to cure the default:26,136.45 Consumer Address line 1:534 College Drive, Apt. 224 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Middleburg
Consumer Address State:FL
Consumer Address zip code:32068
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

## Haley Carter

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, May 6, 2022 9:45 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice;Doonan, Graves & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loan Resolution Department

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432


-----

Consumer Information

-----

Consumer First name:Rita

Consumer Middle Initial/Middle Name: L

Consumer Last name:Pierce

Consumer Suffix:

Property Address line 1:101 Harrison Avenue Property Address line 2:

Property Address line 3:

Property Address City/Town:Gardiner

Property Address State:

Property Address zip code:04345

Property Address County:Kennebec


-----

Notification Details

-----

Date notice was mailed:5/6/2022

Amount needed to cure the default:26,136.45 Consumer Address line 1:101 Harrison Avenue Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Gardiner

Consumer Address State:ME

Consumer Address zip code:04345

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, May 6, 2022 9:48 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loan Resolution Department

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432

-----

Consumer Information

-----

Consumer First name:Rita

Consumer Middle Initial/Middle Name: L

Consumer Last name:Pierce

Consumer Suffix:

Property Address line 1:101 Harrison Avenue Property Address line 2:

Property Address line 3:

Property Address City/Town:Gardiner

Property Address State:

Property Address zip code:04345

Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:5/6/2022

Amount needed to cure the default:26,136.45 Consumer Address line 1:11 Birmingham Road, Apt. 3H Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Randolph

Consumer Address State:ME

Consumer Address zip code:04346

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, May 6, 2022 9:50 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loan Resolution Department

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432

-----

Consumer Information

-----

Consumer First name:Rita

Consumer Middle Initial/Middle Name: L

Consumer Last name:Pierce

Consumer Suffix:

Property Address line 1:101 Harrison Avenue Property Address line 2:

Property Address line 3:

Property Address City/Town:Gardiner

Property Address State:

Property Address zip code:04345

Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:5/6/2022

Amount needed to cure the default:26,136.45 Consumer Address line 1:534 College Drive, Apt. 224 Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Middleburg

Consumer Address State:FL

Consumer Address zip code:32068

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# USPS Tracking®

FAQs  ›

## Track Another Package  +

**Tracking Number:** 9414726699042184839594                    Remove  ✕

Your item was delivered to an individual at the address at 3:24 pm on May 9, 2022 in GARDINER, ME 04345.

**USPS Tracking Plus® Available**  ⌄

 **Delivered, Left with Individual**

May 9, 2022 at 3:24 pm
GARDINER, ME 04345

**Get Updates**  ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

May 9, 2022, 3:24 pm
Delivered, Left with Individual
GARDINER, ME 04345
Your item was delivered to an individual at the address at 3:24 pm on May 9, 2022 in GARDINER, ME 04345.

May 9, 2022, 7:14 am
Out for Delivery
GARDINER, ME 04345

**May 9, 2022, 7:03 am**
Arrived at Post Office
GARDINER, ME 04345

**May 8, 2022, 10:49 pm**
Departed USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

**May 8, 2022**
In Transit to Next Facility

**May 7, 2022, 1:40 pm**
Arrived at USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

**May 7, 2022, 12:59 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

**See Less** ⌃

**Tracking Number:** 9414726699042184839587          Remove ✕

Your item was delivered to an individual at the address at 1:39 pm on May 11, 2022 in MIDDLEBURG, FL 32068.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Left with Individual

May 11, 2022 at 1:39 pm
MIDDLEBURG, FL 32068

**Get Updates** ⌄

**See More** ⌄

**Tracking Number:** 9414726699042184839563                    Remove ✕

Your item has been delivered to the original sender at 12:55 pm on June 6, 2022 in BEVERLY, MA 01915.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, To Original Sender

June 6, 2022 at 12:55 pm
BEVERLY, MA 01915

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

June 6, 2022, 12:55 pm
Delivered, To Original Sender
BEVERLY, MA 01915
Your item has been delivered to the original sender at 12:55 pm on June 6, 2022 in BEVERLY, MA 01915.

June 6, 2022, 6:10 am
Out for Delivery
BEVERLY, MA 01915

**June 6, 2022, 4:51 am**
Arrived at Post Office
BEVERLY, MA 01915

---

**June 5, 2022, 8:09 pm**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**June 5, 2022, 6:34 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**May 25, 2022, 10:15 am**
Unclaimed/Being Returned to Sender
GARDINER, ME 04345

---

Reminder to Schedule Redelivery of your item

Feedback

**May 10, 2022, 11:29 am**
Notice Left (No Authorized Recipient Available)
GARDINER, ME 04345

---

**May 9, 2022, 7:14 am**
Out for Delivery
GARDINER, ME 04345

---

**May 9, 2022, 7:03 am**
Arrived at Post Office
GARDINER, ME 04345

---

**May 8, 2022, 10:49 pm**
Departed USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

---

**May 8, 2022**
In Transit to Next Facility

---

**May 7, 2022, 1:40 pm**
Arrived at USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

---

**May 7, 2022, 1:00 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**USPS Tracking Plus®**                                    ⌄

**Product Information**                                    ⌄

---

See Less ⌃

Feedback

**Tracking Number:** 9414726699042184839570          Remove ✕

Your item was delivered to an individual at the address at 3:24 pm on May 9, 2022 in GARDINER, ME 04345.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

May 9, 2022 at 3:24 pm
GARDINER, ME 04345

**Get Updates** ⌄

---

**Text & Email Updates**                                   ⌄

---

**Tracking History**                                       ⌃

**May 9, 2022, 3:24 pm**
Delivered, Left with Individual
GARDINER, ME 04345
Your item was delivered to an individual at the address at 3:24 pm on May 9, 2022 in GARDINER, ME
04345.

---

**May 9, 2022, 7:14 am**
Out for Delivery
GARDINER, ME 04345

---

**May 9, 2022, 7:03 am**
Arrived at Post Office
GARDINER, ME 04345

---

**May 8, 2022, 10:49 pm**
Departed USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

---

**May 8, 2022**
In Transit to Next Facility

---

**May 7, 2022, 1:40 pm**
Arrived at USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

---

**May 7, 2022, 1:00 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

Feedback

---

**USPS Tracking Plus®**  ∨

---

**Product Information**  ∨

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 9414726699042184839556

Remove ✕

Your item was delivered to an individual at the address at 1:40 pm on May 11, 2022 in MIDDLEBURG, FL 32068.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

May 11, 2022 at 1:40 pm
MIDDLEBURG, FL 32068

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**May 11, 2022, 1:40 pm**
Delivered, Left with Individual
MIDDLEBURG, FL 32068
Your item was delivered to an individual at the address at 1:40 pm on May 11, 2022 in MIDDLEBURG, FL 32068.

---

**May 10, 2022, 9:26 pm**
Departed USPS Regional Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 10, 2022, 9:40 am**
Arrived at USPS Regional Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 9, 2022**
In Transit to Next Facility

**May 7, 2022, 12:59 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

## USPS Tracking Plus® ⌄

## Product Information ⌄

Feedback

### See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**